Julius Johnson
Full name(s)

P.O. Box 441424
Street address or postal box number

Indpls Ind 46244
City, State and zip code

317 490 4050
Phone Number

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

08 AUG -6 PM 5:09

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. __1 : 08 -cv- 1052 -DFH -TAB__
(To be supplied by the Court)

Julius Johnson
_____ Plaintiff(s)
Full name(s) (Do not use *et al.*)

v. CIC
_____

_____ Defendant(s).
Full name(s) (Do not use *et al.*)

## CIVIL RIGHTS COMPLAINT

### A. PARTIES

1. I, __Julius__, am a citizen of __Ind__
(Plaintiff name(s))                              (State)

and presently reside at __P.O. Box 441424 Indpls Ind 46244__
(mailing address)

2. Defendant __CIC__ is a citizen of __Pendeleton Ind__
      (name of first defendant)                                                  (State)

whose address is __Pendeleton Ind__.

3. Defendant _____ is a citizen of _____
      (name of second defendant)                                              (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

### B. JURISDICTION

1. This cause of action is brought pursuant to _____

2. _____ Jurisdiction also invoked pursuant to 28 U.S.C. § 1331. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

### C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

__unreal top bottom__

__Trying to kill me__

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Unreal top to bottom

**Supporting Facts:** (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

40 came to door hit in mouth ran away in food Dod hit me in cell held me up on wall in bed after breakfast Silly Super Dave came in cell both had weapons cretch sock pad lock trying to kill me $100,000,000 obo

**Claim II:** _____

**Supporting Facts:**

**Claim III:** _____

**Supporting Facts:**

### E. PREVIOUS LAWSUITS

Have you been or are you now a party to any other lawsuit(s) in state or federal court dealing with the same facts involved in this action?  ✓ Yes  ____ No.

If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional

WBC ced Tyson doy    4    payment wrong

lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

a. Parties to previous lawsuit:

Plaintiff(s): Julius

Defendant(s): WBC ced Tyson day

b. Name and location of court and docket number  2.5

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) Throwed out

d. Issues raised: payment wrong

e. Approximate date of filing lawsuit: years ago

f. Approximate date of disposition: years ago

## F. REQUEST FOR RELIEF

I request the following relief:

Do use it all

_____  _____
Original signature of attorney (if any)      Plaintiff's Original Signature

5

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and correct**.

Executed at __46 Ohio__ on __aug 6th 2008__
             (location)         (date)

**Plaintiff's Original Signature**

I request the Court's assistance in serving process on the defendant(s). ✓ Yes ____ No

Plaintiff demands a trial by jury. ____ Yes ✓ No